096-276274-15

FILED
TARRANT COUNTY
11/13/2015 6:13:09 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 096-276274-15

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
11/16/2015 8:20:52 AM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| AUDRIANNE SCHNEIDER, individually and as next friend of KELSIE NICOLE SCHNEIDER, a minor child, | § § § § § | IN THE DISTRICT COURT |
| *Plaintiffs/Cross-Defendants,* | § § | |
| vs. | § § | |
| KRISTEN HAYTER and CONSUMERS COUNTY MUTUAL INSURANCE COMPANY, | § § § § | |
| *Defendants/Cross-Defendants* | § § | OF TARRANT COUNTY, TEXAS |
| and | § § | |
| J. FUENTES COLLEYVILLE, LP d/b/a GLORIA'S RESTAURANT; JOSE FUENTES COLLEYVILLE, INC. d/b/a GLORIA'S RESTAURANT; and CARLOS FUENTES, INC. d/b/a GLORIA'S RESTAURANT, | § § § § § § | |
| *Intervention Defendants/Cross-Claimants* | § § § | 96th JUDICIAL DISTRICT |

### INTERVENORS' JOINT NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

J. FUENTES COLLEYVILLE, LP d/b/a GLORIA'S RESTAURANT; JOSE FUENTES COLLEYVILLE, INC. d/b/a GLORIA'S RESTAURANT; and CARLOS FUENTES, INC. d/b/a GLORIA'S RESTAURANT, Intervenors in the above-entitled and numbered cause, hereby file this Joint Notice of Appeal and would respectfully show as follows:

I.

In accordance with Tex. R. App. P. 25(d), the Intervenors provide the following information:

**Intervenors' Notice of Appeal** 1

(1)   The trial court that rendered the order and judgment being appealed is the 96th District Court of Tarrant County, Texas.

(2)   The order from which the Intervenors appeal is an order striking the Intervenors' "Petition [*sic*] in Intervention."  That order was signed by the trial court on September 18, 2015. The separate, final judgment in this case was signed by the trial court on October 9, 2015.

(3)  J. Fuentes Colleyville, L.P., Jose Fuentes Colleyville, Inc., and Carlos Fuentes, Inc., the Intervenors herein, desire to appeal from the order and final judgment described above.

(4)  The Intervenors take this appeal to the Second District Court of Appeals of Texas

(5)  This notice of appeal is filed by J. Fuentes Colleyville, L.P., Jose Fuentes Colleyville, Inc., and Carlos Fuentes, Inc.,

(6) This is not an accelerated appeal.

(7)  This is not a restricted appeal.

## II.

In accordance with Rule 25.1(e), Tex. R. App. P., the Intervenors state that they are serving a copy of this notice of appeal on all parties to the trial court's final judgment and are filing a copy of such notice with the clerk of the Second District Court of Appeals.

WHEREFORE, PREMISES CONSIDERED, the Intervenors pray that the trial court, the Court of Appeals, and all parties to the final judgment in this case observe this notice of appeal.

Respectfully submitted,

LAW OFFICE OF JEFFREY R. BOGGESS

*/s/Jeff R. Boggess*
JEFF R. BOGGESS
SBN:  02558800
2815 Valley View Lane, Suite 202
Dallas, TX  75234

**Intervenors' Notice of Appeal**                                                                                            **2**

(972) 514-2007 (telephone)
(214) 594-8800 (telecopier)
Jeffboggess.law@gmail.com
**COUNSEL FOR INTERVENTION
DEFENDANTS/CROSS-CLAIMANTS**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument by electronic delivery upon Messrs. Rocky (rwalton@rockywalton.com), Ron Walton (ronw@rockywalton.com), and Tim D. Brandenburg (timb@rockywalton.com), counsel of record for Plaintiffs, Mr. Greg Hargrove (gsh@mcdonaldlaw.com), counsel of record for Defendant Hayter, Mr. Micah P. Pardun (mpardun@travelers.com), counsel of record for Consumers County Mutual Insurance Co., and Mr. D. Michael Wallach (M.Wallach@Wallach-law.com), Guardian ad Litem, on this ___th day of November, 2015.

*/s/ Jeff R. Boggess_____*

| | | |
|---|---|---|
| AUDRIANNE SCHNEIDER, as Next Friend of KELSIE NICOLE SCHNEIDER, A MINOR CHILD | § § § § | IN THE DISTRICT COURT |
| Plaintiffs | § § | |
| v. | § § | OF TARRANT COUNTY TEXAS |
| KRISTEN HAYTER and CONSUMERS COUNTY MUTUAL INSURANCE COMPANY | § § § § § | |
| Defendants. | § | 96th JUDICIAL DISTRICT |

## ORDER ON PLAINTIFF'S MOTION TO STRIKE PETITION IN INTERVENTION

ON THIS DAY CAME ON TO BE CONSIDERED Plaintiff's Motion to Strike Petition in Intervention, and the Court, after having reviewed the motion, is of the opinion that Plaintiff's Motion is well taken and should be granted.

It is therefore ORDERED that Plaintiff's Motion to Strike Petition in Intervention is hereby GRANTED and the Petition in Intervention filed by Interveners, J. Fuentes Colleyville, LP d/b/a Gloria's Restaurant; Jose Fuentes Colleyville, Inc. d/b/a Gloria's Restaurant and Carlos Fuentes, Inc. d/b/a Gloria's Restaurant, is STRICKEN.

SIGNED the _18th_ day of _September_ , 2015.

_____
PRESIDING JUDGE

Court's Minutes
Transaction # _76_
4

☑ E-MAILED
Burgess, Pardin,
Hargrove, Walton,
Wallach

ORDER STRIKING PETITION IN INTERVENTION                         Solo Page

FILED
TARRANT COUNTY
10/8/2015 10:45:21 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 096-276274-15

| | | |
|---|---|---|
| AUDRIANNE SCHNEIDER, INDIVIDUALLY AND AS NEXT FRIEND OF KELSIE SCHNEIDER, A MINOR, PLAINTIFF, | § § § § § § | IN THE DISTRICT COURT |
| VS. | § § | 96TH JUDICIAL DISTRICT |
| KRISTEN HAYTER AND CONSUMERS COUNTY MUTUAL INSURANCE COMPANY DEFENDANTS. | § § § § | TARRANT COUNTY, TEXAS |

## AGREED FINAL JUDGMENT

On this the 18th day of September, 2015, came to be heard the above-entitled and numbered cause, wherein appeared Audrianne Schneider, Individually and as Next Friend of Kelsie Nichole Schneider, a Minor Child (hereinafter "Plaintiffs"), Kristen Hayter, and Consumers County Mutual Insurance Company (hereinafter "Defendants").

Plaintiff Audrianne Schneider appeared by and through her counsel of record, Ron W. Walton; Kelsie Nichole Schneider, a minor, appeared by and through her court appointed Guardian Ad Litem, D. Michael Wallach, Defendant Kristen Hayter appeared by and through his counsel of record, Greg S. Hargrove, and Consumers County Mutual Insurance Company appeared by and through its counsel of record Micah P. Pardun.

After considering the pleadings and evidence, the Court is of the opinion and finds that Kelsie Nichole Schneider is a minor, that the Minor Plaintiff's next friend is Audrianne Schneider, that the next friend is fully informed that the liability of Defendants is uncertain, indefinite and disputed; that the Minor Plaintiff has recovered or is in the process of recovering from the effects of her injuries; that the next friend is fully informed with respect to the facts of liability, the disputed nature of the cause of action, the nature and extent of the injuries and damages claimed; and that,

Court's Minutes
Transaction # 84

E-MAILED

COPIES TO: Pardun, Wallach, Walton, Hargrove
☐ IN PERSON or IN COURT  ☐ w/NOTICE
☑ VIA MAIL  ☑ w/NOTICE
☐ VIA FAX  ☐ w/NOTICE
☐ OTHER_____  ☐ w/NOTICE

Page 1



with knowledge of the cause of action as above-said, the parties hereto have agreed to compromise and settle such cause of action in full settlement of the respective claims of all parties.

The Court is further of the opinion and finds that the Settlement Agreements entered into by and between Plaintiffs and Defendants, to settle all claims, demands and causes of action herein involved are reasonable, fair, just, and in the best interest of Kelsie Nichole Schneider, a minor, and the same are hereby in all things approved, incorporated and made a part of this Judgment.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Settlement Agreements and Releases of all Claims are in all respects approved.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by the Court that Defendant Kristen Hayter pay the following amounts as outlined below as provided by, and in accordance with, the terms and conditions of his Settlement Agreement and Release.

A.  payment in the amount of $21,381.42 to Optum in full satisfaction of its health insurance subrogation lien.

B.  payment in the amount of $8,618.58 to the law firm of Roger D. Walton, P.C., attorney for Plaintiff

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by the Court that Defendant Consumer County Mutual Insurance Company pay the following amounts as outlined below as provided by, and in accordance with, the terms and conditions of its Settlement Agreement and Release.

A.  $5,005.94 to be placed in the Registry of the Court for the benefit of the Minor, Kelsie Nicole Schneider.

B.  $53,564.65 made payable to Pacific Life & Annuity Services, Inc. for the funding of future Periodic payments made payable to Kelsie Schneider (Payee) according to the schedule as follows (the "Periodic Payments"):

1)    $4,000.00 payable semi-annually, guaranteed for 4 years and 6 months period certain, first payment beginning on 01/01/2016, with the last guaranteed payment on 01/01/2020.

2)    $20,430.93 guaranteed lump sum payable on 11/26/2022.

The obligation to make the above referenced periodic payments may be assigned within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended to <u>Pacific Life & Annuity Services, Inc.</u> (the "Assignee"). The Assignee may fund the periodic payment obligation through the purchase of an annuity policy from <u>Pacific Life Insurance Company</u>.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the rights to receive periodic payments granted to the minor Plaintiff in this Judgment may not be sold, transferred, hypothecated, pledged, or otherwise alienated in any manner, directly or indirectly, without the prior approval of the then-sitting Judge of this Court, as evidenced by an order approving such transaction entered after compliance with all requirements of the Structured Settlement Protection Act, §§ 141.001, Texas Civil Practice and Remedies Code, as it now exists or may hereafter be amended, or any successor to such statute. Any purported or attempted sale, transfer, hypothecation, pledge, or other alienation of such payment rights that has not been so approved will be a direct violation of this order

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Guardian Ad Litem, D. Michael Wallach, tax ID number 75-2381516, shall be awarded the sum of $5000.00 as his fee for services. Defendant Kristen Hayter, through his liability insurance carrier, USAA Casualty Insurance Company, is ordered to pay the sum of $2500.00; Defendant Consumer County Mutual Insurance Company is also ordered to pay the sum of $2500.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of Court, with the exception of the Guardian Ad Litem fees as set forth above, are to be borne by the parties incurring same. It further appears to the Court that all sums and costs herein concerned will be fully

paid as aforesaid by Defendants. Accordingly, it is further ORDERED that no execution shall issue hereon, this Judgment being fully satisfied, except for the payment of the Guardian Ad Litem fees. The Judgment finally disposes of all parties and all claims.

SIGNED this _2th_ day of ___Oct.___, 2015.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND CONTENT:**

_____
D. MICHAEL WALLACH
State Bar No. 20780650
Wallach & Andrews, P.C.
2501 Parkview Drive, Suite 303
Fort Worth, Texas 76102
**GUARDIAN AD LITEM**

_/s/ RON W. WALTON_
RON W. WALTON
State Bar No. 007 92904
ROGER D. "ROCKY" WALTON
State Bar No. 20828300
Filings@rockywalton.com.
Law Firm of Roger (Rocky) Walton, P.C.
2310 W. Interstate 20, Suite 200
Arlington, Texas 76017-1676

**ATTORNEYS FOR AUDRIANNE SCHNEIDER,
INDIVIDUALLY AND AS NEXT FRIEND OF
KELSIE SCHNEIDER, A MINOR**



MICAH P. PARDUN
Texas Bar No. 24041643
1301 E. Collins Blvd., Suite 490
Richardson, Texas 75081
Direct Telephone: 214-570-6245
Main Telephone: 214-570-6300
Facsimile: Direct Fax 855-748-3821

**ATTORNEY FOR DEFENDANT CONSUMERS COUNTY MUTUAL INSURANCE COMPANY**

GREG S. HARGROVE
State Bar No. 09001500
777 Main Street, Suite 1300
Fort Worth, Texas 76102
817-336-8651
817-334-0271
faxghargrove@mcdonaldlaw.com

**ATTORNEY FOR DEFENDANT KRISTEN HAYTER**